**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**JENNINGS HOTEL L L C** — **CASE NO. 2:26-CV-00747**

**VERSUS** — **JUDGE JAMES D. CAIN, JR.**

**SURECHOICE UNDERWRITERS RECIPROCAL EXCHANGE** — **MAGISTRATE JUDGE LEBLANC**

# JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Motion to Dismiss [doc. 17] be **GRANTED** and that all claims in this matter be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction, with each party to bear its own costs.

**THUS DONE AND SIGNED** in Chambers on the 15th day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**